UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTOR ACOSTA,

                            Petitioner,

   -against-

C. ARTUZ, Superintendent,
Green Haven Correctional Facility,

                            Respondent.
-----------------------------------------------------------------X

JUDGMENT
97-CV- 3733 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on July 6, 2005, dismissing petitioner's application for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
        July 07, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court